The MILLERS MUTUAL FIRE INSURANCE COMPANY, Petitioner,

v.

W. L. MURRELL et ux., Respondents.

No. A–9423.

Supreme Court of Texas.

April 17, 1963.

Rehearing Denied May 29, 1963.

· Thompson, Coe, Cousins & Irons, Dallas, for petitioner.

Coleman & Whitten, Denton, for respondents.

PER CURIAM.

We refuse, n. r. e., the writ applied for in this case, but our refusal is not to be construed as an approval of the Court of Civil Appeals holding, which is, in effect, that loss due to expansion of earth beneath the slab foundation house is not excluded by the terms of the insurance contract. 362 S.W.2d 868. This holding has not been attacked by point of error in petitioner's application for writ of error.